*Et I have a need to pay for this.*

**FILED**
CLERK, U.S. DISTRICT COURT
1/6/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

Ronald Rollings 48001.086
Name and Prisoner/Booking Number

Federal Correctional Institution
Place of Confinement   Terminal Island

PO BOX 3007
Mailing Address

San Pedro, CA. 90733
City, State, Zip Code

*Please foword to the right courts. I am not an Attorney Don't know how to fill thes out*

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Ronald Rollings
(Full Name of Plaintiff), Plaintiff,

vs.

Terminal Island &
(1) First Amendment
(Full Name of Defendant),
(2) Freedom of Information Act
(3) Right to get mail from outside.
(4) _____
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV22-166-JVS(MRW)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: Not sure not an Attorney retarded inmate.

2. Institution/city where violation occurred Not sure.

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Pryson for keepin   v. _____
      2. Court and case number: Unknow
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         Dismiss for lieing because I am An inmates

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: First Amendment and the Freedom of Information Act.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: Prison Does everything on Race.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I ask for the following Information and never got an respond

   Subject 1 - Donald J Trump withholding military aid to Ukraine

   Subject 2 Whistleblower complaint against President Trump Phone call to the Ukraine President

   Subject 3 Anything about US Attorney John Durnam report on Russia Interference in the 2016 President election re - Donald J Trump

   Subject 4 Obama administration withholding weapons to the Ukraine.

   Subject Joe Biden & Obama Health Care Plan

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Violation of my legal rights

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Not with this    ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Don't know any other why -

3

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: __Same as Claim 1__

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _Same_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
All I am asking for is the copies of the reports and any thing that John Durmam has. This time for free.
I am not asking for any money at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            DATE

_____
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

N/A
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

